# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAMONT LYLES

NO. 2020 KW 0573

**SEPTEMBER 3, 2020**

---

In Re:     Lamont Lyles, applying for supervisory writs, 16th
           Judicial District Court, Parish of St. Mary, No. 2011-
           186242.

---

**BEFORE:     McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                         JMM
                         MRT
                         WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT